# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

PALLADIUM BOOKS, INC.

                      Plaintiff(s),           Case No. 10-11859

v.                                              Judge Julian Abele Cook, Jr.

TRION WORLDS, INC., and                     Magistrate Judge Paul J. Komives
TRION WORLD NETWORK, INC.,

                      Defendant(s).
_____/

## REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court, Eastern District of Michigan, on the following ☐ Patents or ☑ Trademarks

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2,045,806 | 03/18/1997 | Palladium Books, Inc. |
| 2 | 2,889,353 | 09/28/2004 | Palladium Books, Inc. |
| 3 | 3,036,181 | 12/27/2005 | Palladium Books, Inc. |
| 4 | 2,328,782 | 03/14/2000 | Palladium Books, Inc. |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

To list additional patent/trademark numbers, please attach another page with the number, date and holder.

Date: May 7, 2010

/s/ Peter M. Falkenstein
MI-P61375
Jaffe Raitt Heuer & Weiss, PC
201 S. Main St., Suite 300
Ann Arbor, MI 48104
(734) 222-4776
pfalkenstein@jaffelaw.com