# EXHIBIT 14

### Narelius          05-11-2010 08:08 PM

Don't they speak English in Tasmania?

G'day mate! ...?

### Eldran          05-11-2010 08:26 PM

[QUOTE=Ravenwolf;10666]Meany! Dang english and your words that are spelt the same but pronouced and mean different!

From [URL="http://dictionary.reference.com/browse/tear"]Dictionary.com[/URL]
"tear2   /tɛər/ Show Spelled [tair] Show IPA verb,tore or (Archaic) tare, torn or (Archaic) tare, tear·ing; noun
–verb (used with object)
1.to pull apart or in pieces by force, esp. so as to leave ragged or irregular edges.
[/QUOTE]

Hang on - it looks like you're saying this "tear" word is already being used in a dictionary.

That's no good then. Wouldn't want Trion sued by this bunch too :P

### Ravenwolf          05-11-2010 08:36 PM

[QUOTE=Eldran;10688]Hang on - it looks like you're saying this "tear" word is already being used in a dictionary.

That's no good then. Wouldn't want Trion sued by this bunch too :P[/QUOTE]

I Lol'd at this.

And yes we use english in tassie (but i'm canadian though I speak english too) it was just a general comment about the annoyances of english language ambiguity.

### Geekcheck          05-11-2010 09:23 PM

I'm actually surprised that Trion went with the name, as it was the PnP game that came to mind first when they announced it. Now while I don't think they Palladium has a case, they do have some validity in their reasons. I have never played the Rift PnP game, but knew of the game regardless. I doubt that they will have to do anything about it now, but if the MMO becomes popular, you can bet that there will be problems down the line.

It's also obvious that there may be some confusion with the IP, as ==many of us (including myself) have begun to refer to the game as simply== [I][COLOR="DarkOrange"]==‘Rifts.’==[/COLOR][/I] Only time will tell...

**DarkLord**
Soulwalker

Join Date: May 2010
Posts: 1

Hello people.

My ingame name is usly DarkLord

Anyone know when Rift is open to live? or got a link for it?

Thanks.

*Last edited by DarkLord; 05-16-2010 at 10:32 AM.*

Reply With Quote

---

05-16-2010 10:54 AM      #337

**Matt-Kire**
Plane Touched



| | |
|---|---|
| Join Date: | May 2010 |
| Location: | Illinois |
| Posts: | 257 |

> **Originally Posted by MacDeath**
> *Hello all from Sweden. This game looks very promising.*

Welcome! What part of Sweden???

Reply With Quote

---

05-14-2010 06:05 PM     #323

**Zilfin**
Soulwalker

| | |
|---|---|
| Join Date: | May 2010 |
| Location: | Tampa, Fl USA |
| Posts: | 2 |

Hi everyone..

Really lookin' forward to being a part of the Rift Community, and seeing this new world evolve.

Reply With Quote

---

05-14-2010 06:08 PM     #324

**Zilfin**
Soulwalker

| | |
|---|---|
| Join Date: | May 2010 |
| Location: | Tampa, Fl USA |
| Posts: | 2 |

Hi..

Really lookin' forward to being a part of the Rift Community, and seeing this new world evolve

Reply With Quote

---

05-14-2010 06:56 PM     #325

**Ravenwolf**
Rift Disciple

Join Date: Apr 2010
Location: Tasmania
Posts: 174

Very nice will bookmark for sure.

Sincerely;
Ravenwolf
~The Crazy Wolf Lady~

Reply With Quote

---

05-12-2010 10:17 PM                                             #30

**Githil**
Telaran

Join Date: Apr 2010
Posts: 59

Just a quick question for Scott. Do you believe Rift will have as much content at launch then what EQ2 had? I still think there was an awful lot of content for the players at launch for EQ2 and I hope this game will also.

Githil Coldbane(EQ2-90 Guardian, Crushbone Server)

Reply With Quote

+ Reply to Thread

Page 3 of 6   « First   ◄   1  2  3  4  5  6   ►   Last »»

Quick Navigation   News & Announcements   Top

« Previous Thread | Next Thread »

**Tags for this Thread**

hartsman, questions
View Tag Cloud

Add / Edit Tags

**Posting Permissions**

You may not post new threads

BB code is On
Smilies are On

-- Default Style     -- English (US)





### Rift: Planes of Telara: WarCry Interviews Scott Hartsman
by Suzie Ford, 5 May 2010 1:42 pm
Filed under: suzie ford, exclusive, features, interview, rift, rift planes of telara, scott hartsman, trion worlds

**1. Please introduce yourself and describe your position on the Rift: Planes of Telara development team.**

Happy to. I'm Scott Hartsman, the CCO for Trion Worlds. I'm in charge of the internal studio that's developing Rift: Planes of Telara, and my role on the game is that of Exec Producer.



I work with both our creative and production sides of the Rift team, whose responsibilities are (respectively) the what and the how of everything that goes into Rift, with the overall goal being that we can get everything done on time and at the highest quality possible.

**2. Please tell us why the name was changed from Heroes of Telara to Rift: Planes of Telara.**

Our universe is one that was created from scratch for this game. Whenever you embark on that huge of an undertaking, the process generally involves a significant amount of iteration. What's working? What isn't? What's compelling? What parts are people going to enjoy the most? What makes for the most cohesive story?

These are questions we ask ourselves practically every day. Some time later, well after the universe has hundreds of stories written down about it, you begin creating content and gameplay systems in the game itself.

It's that point -- where you have playable, enjoyable game content and gameplay systems, set in this universe you created - that's really where the rubber meets the road for your entire backstory. You see how the story blends with both the content and the systems in a very concrete way.

As we were going through this process, the name Rift: Planes of Telara painted a far more accurate and compelling picture of the game we had been creating.

The previous name gave the impression that all of the players were "The Good Guys" in the world, and that isn't the case. Players can be good or evil inside of their factions, and there's plenty of conflict among the players themselves.

The story elements that led to rifts and many planes intersecting Telara existed all along. Bringing them right to the top makes for a much clearer picture of the gameworld that players will be interacting with beginning on day one.

 


**3. Would you consider Rift a traditional "high fantasy" MMORPG? Please explain.**

I tend to think of "traditional high fantasy" meaning purely terrestrial struggles between native beings, and a fairly tight range of art styles - That's definitely not us.

Picture a world that has a number of traditional elements associated with it (to ground the experience in some level of familiarity). Then put it at war with forces from other dimensions. In the process, apply visuals that range from dark


Username:
Password:
Related Reading
EverQuest II: Look Forward, Interview with Scott Hartsman  Trion Worlds' Blockbuster Titles  Land of Chaos: An Awesome Genre Bending MMO  Erebus: Travia Reborn First Look Interview  Asheron's Call 10th Anniversary Interviews Pt. 4  Asheron's Call 10th Anniversary Interviews Part 3  Asheron's Call 10th Anniversary Interviews Part 2  Asheron's Call 10th Anniversary Interviews  An Interview With IGN's Halo: Bollywood Movie Makers  Aerrevan: A First Look at CubeForce's New MMO
Special Content

World of Warcraft Guide to Jewels

Pirates of the Burning Sea Dev Chat Log

Stargate Worlds Exclusive Interview

World of Warcraft Guide: Heroic Mechanar

horror to a technological influence.

Then, present them all inside a cohesive, compelling narrative that clearly explains how these elements all happen to exist on the same world at the same time.

I think that's given us something that's genuinely unique and compelling, especially when compared to what a lot of people would call "traditional."

**4. What is the back story for Rift?**

The backstory as a whole - The source for all of the stories of current-day Telara is incredibly deep. In our case, it goes back even before the planet's creation.

The lore begins with descriptions of the origins of gods, their relationships with each other, the source of magic, and evolutions of many races of creatures over thousands of years. All of those origin stories are used to create and inform the current-day setting, and pieces of it are revealed through playing the game - Through the written word in books, to the folk tales that generations of NPC inhabitants of all races have passed down through their own kind.

On top of that, we'll be sharing all kinds of details between now and launch in some ways that we hope are pretty interesting.

The current-day setting is a planet that is under attack from six known extraplanar directions, as well as experiencing a brutal civil war.







**5. What are the two factions in Rift and, since they're both charged with protecting Telara, how do they differ philosophically?**

On the one hand, you have the Guardians. They're essentially the avenging angels of a group of gods known as the Vigil. In the relatively recent past, the gods needed an army, and they recruited one in the Guardians. It's no exaggeration to say that they're directly imbued with divine power. As for whether every guardian is in it because of true belief, or for the incredible power that comes from this touch of the divine, is a different matter entirely.

On the other hand, there are the Defiants, the heretics who've gone down a path of their own. Telara's more distant past includes a period in which the Ethian Empire was the most dominant force on the planet - During the height of their power, amazing, world-changing technologies were developed by their Sorcerer-god-kings. For reasons we'll be explaining later, use of this technology, and everything else related those ancient fools who would pretend to be gods, went out of favor in a very sudden and violent fashion. Centuries later, the Defiants have dedicated themselves to rediscovering these old, buried secrets.

**6. It is said that Rift begins with the player's death. What exactly does that mean?**

Characters in our world are what we call Ascended souls. They're the ones who have that extra spark, which allowed them to be brought back to life. It's also the reason they can't ever really "die" once they've made it back into the world.

Their story begins with their mortal form's death on Telara. As their souls departed, heading toward the planes of the afterlife, they witnessed firsthand the source of the attacks that Telara is under - The dragon-god Regulos.

As to precisely how they make their way back to Telara - That's a subject we hope to be showing off soon. A picture's worth a thousand words, and pictures will do the story justice far better than words can here.

**7. There are lots of new MMOs on the market today. What sets Rift apart from the rest?**

We've chosen to emphasize: The setting, the characters, the classes, the visual quality, the ranges of unique visuals themselves, a number of gameplay features we'll be talking about more as we have some good visuals to show, and the additional layers of dynamic content and gameplay that our engine was entirely built around providing.

In the end, it comes down to determining where in this massive endeavor to invest time in explicitly creating something unique, vs where we should iterate and make useful improvements to features that people will like.

Even in terms of which places we should evolve and how much, we're trying to make the smartest calls we can. For example, our map (which people use all the time at a part of primary gameplay) received a lot more evolutionary improvement time than, say, in-game mail, where people really just care about some basics.

What we're explicitly not doing is "everything is different for the sake of being different." MMORPGs are mature enough as a genre, and there are enough people who've played a whole lot of games, to where it's not hard to find people who will agree with this statement: Different doesn't always end up better. That's a trap that a lot of development efforts end up falling into, and the overall quality of the experience suffers as a result.

### 8. Why high definition graphics?

It's time. Traditionally with MMO graphics, you end up with roughly the following:

1) High Detail, 2) Acceptable Performance, 3) Amazing Visuals. Pick two.

We're at a point with PC and display technology where we're starting to see all three become possible.

You can play it on a standard monitor and it looks great, you can play it on a 50"+ HDTV and it still looks phenomenal. If you can do that while not requiring a supercomputer to run it, you've got something really special. That's our goal.




### 9. You've said that Rift has 'dynamic content and that the play experience will not be identical every time the game is played'. Can you explain what you meant?

Sure, but it's going to take a little background. :)

The game's backend servers and entire platform architecture is built around the idea that an MMO's world can be made more fun and interesting if it's not the same thing, all the time.

Worlds that never change except through updates, downtimes, and patches are fun, but they're basically static.

The premise is that by integrating new types of dynamic content into an already-rich world, you can create a more interesting experience.

The goal is to create a world where you'll run into changes and elements of "life," if you will, that you might not have otherwise expected.

Some of them are there to provide ambient story on a small scale - For instance, a merchant who packed up moved on elsewhere because no one was shopping with her. Others are there to provide larger-scale story reinforcement, like when an invasion occurs from the Plane of Death that provides combat content and gameplay.

### 10. What exactly is a rift? How randomly will they appear in Telara?

A rift is an active opening between Telara and one of the planes, where either a planar force is actively invading, or where it was ambushed by players before the invasion was entirely ready.

Players can spot places where invasions are going to occur by looking for what we're calling "tears" (as in, fissures in reality). Places where the air literally appears to twist and warp.



**11. Ten THOUSAND individual animations! Really?**

Hahaha - You know, I actually don't know the final number myself. I wouldn't at all be surprised, though, if when you added up every single animation and weapon stance on every player and non-player model, you got a number that was that size or more. :)

**12. Will Rift have a PvP component?**

Yes. Rift will have both PvE and Factional PvP Ruleset servers, and we're aiming to make sure we can support PvP instances as well.

We've been creating classes and abilities and balancing them while keeping both PvP and PvE in mind. Our designers working on classes and PvP (part of our systems/gameplay mechanics team) have experience having worked across four other MMOs in their collective past.

**13. What about mounts?**

Yes. More details coming here pretty soon -- We'll be showing a new one at E3 this June!

**14. What, at least at this point, are the system specifications?**

You do need a graphics card that supports Shader Model 2.0b, and ideally you'd have a dual core system with a healthy amount of RAM.

We're aiming for reasonable system requirements that are comparable to the MMOs that have been released in the last couple years.

I play it at home on my 5 year old PC just fine. (Admittedly, it *was* a really good machine back then.) The engine is made to scale to provide a good experience across a pretty wide range of PCs.

*WarCry wishes to thank Mr. Hartsman for his time and effort. What an INCREDIBLE interview! Find out more about Rift: Planes of Telara at the official site.*

Comment
Share    4 retweet    Share/Email    permalink
About | Privacy Policy | Advertising | Contact Us | Search

Game Databases: Allods  A

**Login:** **Password:** **Remember?** Sign-in
Not a member yet? Register for your free account!
Show Quick Gamelist



Games:365  Guilds:2,212
Members:1,195,095  Online:263
Guests:2,356  Posts:3,403,450



Home  Game List  Features  Forums  News  Videos  Blogs  Columns  Reviews  Photos  Guilds  Comics  Search



Rift: Planes of Telara
Trion Worlds | http://www.riftgame.com
RPG | Genre:Fantasy | Status:Development (est.rel 2011) | Pub:Trion Worlds
PVP:Yes | Distribution: | Retail Price:n/a | Monthly Fee:n/a
Desktop Client | System Req:
Overview  Features  Forums  Hype  Links  News  Resources  Screenshots  Videos

# Rift: Planes of Telara Forum » General Discussion » Rift Feature Guide

Digg  StumbleUpon  Delicious  Slashdot It!  Facebook  Reddit
**2 posts found**

irongamer

5/02/10 8:52:30 PM #1

Apprentice Member

One thing that has always annoyed me about a MMO's "features list" is that the list is just a bunch of PR hype. The "feature list" and even the FAQs are useless when deciding if a game is something I would like to pick up.

Joined: 3/03/08
Posts: 8

I have created a post on the Rift forums that attempts to give more detailed information www.irongamer.net about the Rift's various facets. This guide should better reveal to people if Rift has the type of combat, crafting, raiding, grouping, pvp, or world systems they are looking for in a

MMO. As more information becomes available I continue to update the post on the Rift forums.

I will not copy the post here as I don't want to update more then one source.

Those interested in the mechanics of the game may want to check out the guide.

http://forums.riftgame.com/showthread.php?124-Rift-Feature-Guide



Mellow44

Elite Member

Joined: 1/31/10
Posts: 267

5/05/10 5:56:05 AM#2

This game looks interesting and it could be the next big fantasy MMORPG so maybe all those EverQuest vets have something to look forward to.

I'm hopeful but many game studios have closed up shop due to running out of funds lately.

All those memories will be lost in time, like tears in the rain.

TRION     Login  |  Register |  Language:  en



# News

**Rift unveil press coverage**
05/03/2010

Print this story



Rift: Planes of Telara™ received a fantastic reception from both industry and gaming media last week. In case you missed it, here is a small recap of the press coverage we received over the past week.

MMORPG.com Demoing Rift (4/30/10)
Bill Murphy received the full on game tour and demo from the Rift Development team.

> "They want players who pick up Rift to be able to quickly get into the game without much of a learning curve, and then later throw them at the things that make Telara stand out from a gameplay standpoint: Rifts, dynamic events, the class system, etc.
>
> I couldn't argue with that decision, especially when I saw just how playable the game seemed in such an early alpha stage. The animations are gorgeous and Simon told me that they have something astronomical like over 10,000 plus animations in the game and that each class, character, and mob has a wealth of different movements to pull from."

GameSpot Spotlight on Rift: Planes of Telara (4/30/2010)
GameSpot Managing Editor Andrew Park takes a dive into the game.

> "Among other things, this instance demonstrated that Telara will have numerous outdoor instances (rather than being limited to indoor caves and dungeons, as in most other games of this sort). In this area, we were also able to observe some of the game's different types of quests, such as "heroic challenges," which are essentially miniature raid bosses that appear in instances and immediately act as quest goals."

GameZone: Rift offers core MMO gaming and innovative ideas (4/28/10)
Michael Lafferty explores the new world of Rift: Planes of Telara.

"Most of the time spent watching the living, breathing world was as a third party in a carefully guided tour of one area. But if the developers live up to what was promised, then Rift is going to herald in a new age of MMOs and take players on a socially dynamic adventure."

Softpedia: Telara Now Focuses on Rifts and Planes (4/28/10)
Games Editor Andrei Dumitrescu writes about his Rift impressions.

"Rift: Planes of Telara will not suffer from the problem field leader World of Warcraft has: players never visiting some areas of the game after clearing out the quests they find there and leveling up. Rifts, which are linked to actions coming from the players, create new realities as the game progresses and allow Trion to sustain a more dynamic MMO."

G4: Rift Planes of Telara First Look (4/27/10)
Tom Price takes a look at the game and talks about the quality of the world's look and feel.

"Rift is being pitched as the MMO for the HD era, and looking at comparison shots between it and any of its competitors shows a significant uptick in the level of graphics compared to other MMOs before. Of course, technology is not allowing us to have MMO worlds that look like the highly-detailed areas of high-end shooters and the like, but Rift gives it a good go, and tries its best to look as good as it can. No reason to hate on that. Of course, considering the game's central idea, one would have to imagine that Rift would be an art director's dream."

Curse: Rift Planes of Telara First Impressions (4/26/10)
Kody takes a sneak peak at the rifts mechanic from the game.

"Each possible rift event is hand-crafted by the team at Trion and is set up in a multiple stage format. You'll start off with smaller minions and culminate in a boss fight to finally seal off the rift. The bosses all appeared to be scripted encounters on the level of World of Warcraft, so it won't be your generic "AoE / tank-n-spank" content of the early part of last decade."

Ten Ton Hammer: First Look at Rift: Planes of Telara (4/26/10)
Ethec takes a look at how rifts improve on the public quest concept.

"Improvements on the PQ concept weren't just skin deep. Puzzle elements, such as clickable mushrooms which stun enemies, will add another dimension to rift gameplay. Players won't need to wait for the endgame to encounter massively sized enemies that represent a tactical challenge, such as a giant treant that served as a final boss in one teen-level rift we toured. But perhaps best of all: rewards are all about participation - the more you do, the more you get, regardless of how you "place" in comparison to other players. Forget reward chests too; loot can be retrieved at any time, meaning that if you're running back from the spawn point when the final stage ends, you'll still get your rift rewards via the user interface."

MMORPG: Rift: Planes of Telara Preview (4/26/10)
Bill Murphy's full report on Rift: Planes of Telara.

"All said and done, Rift: Planes of Telara came out looking like a bold new take on a familiar game style. The Rifts themselves, dynamically spawning social events that can happen any time in the game world are potentially a very exciting way to bring players together and give them common goals or even something to fight over given the game's competing factions."

Massively: Hands-on look at Rift: Planes of Telara (4/26/20)
Seraphina Brennan examines the state of the game and its progress.

> "While Trion was happy to announce the name change for Heroes of Telara to Rift: Planes of Telara, we were stoked to be able to get our hands on the game for the first time and really see it in motion. We've heard all this talk about delivering dynamic content, high quality "HD content," a deep back story, and an evolving world. But, could Trion deliver all of the hype they were promising?
>
> Well, if the titular rifts are any indication of how the rest of the game will progress, then this game seems to be in good hands."

Warcry: Trion Worlds' Blockbuster Titles (4/26/10)
Warcry's Suzie Ford writes about Trion's upcoming slate of MMO games.

> "MMORPG players will delight in the core MMO features that are included and find new features intriguing. The game is set up to be non-competitive in the sense that Rifts open either by device (player opening) or design (at a time determined by devs). Players in the vicinity of an opening Rift can join in and share experience and loot without being forced to group. With up to ten stages in each Rift's 'event', there is plenty to go around even if a player dies. Loot follows through death and even across the world when a box pops up to alert players about what was earned yet left behind."

Back To News

SPREAD THE NEWS

flickr YouTube

RATING PENDING RP CONTENT RATED BY ESRB
May contain content inappropriate for children. Visit www.esrb.org for rating information.

© 2010 Trion Worlds, Inc. All rights reserved.

TRION WORLDS



Ten Ton Hammer Network: Aion  AoC  CO  DDO  EQ2  EVE  LotRO  RoM  STO  SWTOR  VG  WAR  WoW        Login | Register for free | Go Premium

2479 users online

Become a Premium Member
Get extras & support Ten Ton Hammer

Home  News  Videos  Interviews  Guides  Opinions  Previews  Reviews  Comics  Images  Forums  Store

MMO Coverage
View all 300+ MMOs



EVE ONLINE TYRANNIS — AVAILABLE MAY 18TH — 14 DAY FREE TRIAL — NO CREDIT CARD REQUIRED | WWW.EVEONLINE.COM

We ask Devs your questions! Be *first* in line for beta tests & contests! Become a TEN TON HAMMER PREMIUM MEMBER today! Find out more!

## A First Look at Rift: Planes of Telara

1 | 2    Tags: in Ten Ton Hammer Network  Adam Gershowitz  Anonymous  Previews  Rift: Planes of Telara  Scott Hartsman  Video

Posted April 26th, 2010 by Ethec

**The MMORPG formerly known as Heroes of Telara gets more than a new name.**

*Rift: Planes of Telara* has done some growing up since last we saw the game at E3 2009. With a new name and new focus, this love letter to core MMO gamers was re-revealed to the press late last week in San Francisco, just miles from the Trion Redwood City studios where Studio Head Scott Hartsman (former Senior Producer on EverQuest 2) and a large cast of developers with 27 launched MMORPGs between them prepare the game for a targeted 2011 launch.

Hartsman and company did more than change the name, they changed the overall focus of the game. Sub-classes and the ability of one character to fill any role had been major talking points at the E3 2009 reveal. Lack of a catchy subtitle aside, according to Scott, the moniker "Heroes of Telara" had several problems. For one, not everyone wants to be a hero. In *Rift: Planes of Telara*, players can choose between the idealistic Guardians and pragmatic Defiants. Guardians are more the archetypical heroes who remain devoted to the gods in the face of the planar invasions that threaten to rip Telara apart. Defiants, on the other hand, blame the gods for Telara's problems and feel that Telarans must rely on their own devises.



*If we gave this screencap an artsy title, it might be something like "Bahmi Reaver in Silverwood"*

Another problem was that "Heroes of Telara" didn't convey a sense of the overarching conflict in Telara. Rifts, which Scott Hartsman described as "massively social experiences," are invasion points from the six planes of Telara. More than a few developers on the Rift team, like Adam Gershowitz, are Warhammer Online vets, so no one shied away from comparisons to WAR's public quest concept. Like PQs, rift battles occur in stages. But unlike PQs, rifts appear randomly around the world (visible on the in-game map). The basic rifts are also soloable but scale to the number of players participating. Given time, rifts will open of their own accord and offer players a tougher challenge than if players had opened the rift and taken the battle to the invading plane. Furthermore, if players failed to seal these rifts and too many appear in a certain sized area, monsters from the invading plane could begin to mount an offense, leading to perhaps an even more sinister extension of the dynamic environments concept.

 

*Silverwood (left) and Silverwood after a rift from the plane of life is torn open (right).*



**Rift: Planes of Telara Details**

Developer: Trion World Network, Inc.
Genre: Fantasy
Status: In Development
Release Date: TBA
Fee: TBA
ESRB Rating: RP

Official Website

More at Ten Ton Hammer
About Rift: Planes of Telara
Features
News

**Latest Rift: Planes of Telara Features** More »

**Loading... Public Quests, Public Enemy?**
Loading...: (Thu, May 06, 2010 by Ethec)
#1,328 - Are public quests and shared content "anti-social"?

**A Rift: Planes of Telara Intro Q&A with Trion's Scott Hartsman**
Interviews: (Wed, May 05, 2010 by Ethec)
Info on minspec, PvP, faction capitals, a "steampunk twist," and much more in this exclusive Rift Q&A.

**Rift: Planes of Telara Dev Diary Video #1: Telara - Nexus of the Planes**
Dev Diaries, Video: (Tue, Apr 27, 2010 by Ethec)
Trion invites you to take your fantasy MMORPG to a whole new plane.

**Loading... Trion's Trifecta**
Loading...: (Mon, Apr 26, 2010 by Ethec)
#1,320 - Trion goes all-in for the core MMO gamer.

But describing rifts as simply a transplanted public quest system would be to sell the concept short. The game set store at E3 last year on the concept of dynamic environments, and as one extension of that concept, the locus of the rift takes on the aspect of the invading plane. For example, the rifts we saw were all of the Plane of Life variety. When the rift was torn open, vast carnivorous-looking plants hanging down stretched down and an ominously dark green pall overshadowed the mostly cheery, bright palette imbued environs of Silverwood.

**Click play to watch the newly unveiled *Rift: Planes of Telara* trailer:**



Improvements on the PQ concept weren't just skin deep. Puzzle elements, such as clickable mushrooms which stun enemies, will add another dimension to rift gameplay. Players won't need to wait for the endgame to encounter massively sized enemies that represent a tactical challenge, such as a giant treant that served as a final boss in one teen-level rift we toured. But perhaps best of all: rewards are all about participation - the more you do, the more you get, regardless of how you "place" in comparison to other players. Forget reward chests too; loot can be retrieved at any time, meaning that if you're running back from the spawn point when the final stage ends, you'll still get your rift rewards via the user interface.

1 | 2 | next › | last »

*There's more!* Continue reading this article on the next page.

Share  20                0    Tweet

**Comments**                              Post your comments »

Posted Monday, April 26, 2010 by OneEyeRed                 View in Forums »

Finally some new information. I was about to give up on this one. Not so sure I like the new name however, the game looks like its coming along decently.

Posted Monday, April 26, 2010 by OneEyeRed                 View in Forums »

Hey boss, the RSS link is not working to this article by the way 😊

Posted Monday, April 26, 2010 by Ethec                    View in Forums »

Should be fixed now, thanks man.

**Add your thoughts to the discussion! »**

© Copyright 2000 - 2010 Master Games International. All other trademarks are the property of their respective owners.

Contact Us  |  About Us  |  Privacy Policy  |  Legal

### Sidebar

**A First Look at Rift: Planes of Telara**
Previews, Video: (Mon, Apr 26, 2010 by Ethec)

**Latest Rift: Planes of Telara News**

**Scott Hartsman Answers Questions for Rift: Planes of Telara Community**
Interviews: (Thu, May 13, 2010 by Martuk)
Scott Hartsman talks servers, lore, and more.

**Heroes of Telara Shares on Unique Class System**
Interviews: (Thu, Jul 23, 2009 by Savanja)
With innovative game features, this is not your grandpappy's MMO!

**New Fantasy MMO Heroes of Telara Officially Unveiled**
Press Release: (Mon, Jun 01, 2009 by Cody Bye)
A new world to explore, coming from the folks at Trion World Network

**Trion Names First MMORPG, Details at E3 '09**
News: (Wed, May 06, 2009 by Ethec)
Fantasy themed "Heroes of Telara" to be unveiled in less than a month.





Ten Ton Hammer Network:   AIon   AoC   CO   DDO   EQ2   EVE   LotRO   RoM   STO   SWTOR   VG   WAR   WoW     Login | Register for free | Go Premium

2479 users online

Become a Premium Member
Get extras & support Ten Ton Hammer

Home   News   Videos   Interviews   Guides   Opinions   Previews   Reviews   Comics   Images   Forums   Store

MMO Coverage
View all 300+ MMOs

## A First Look at Rift: Planes of Telara - Page 2

1  2   Tags: in Ten Ton Hammer Network Adam Gershowitz Anonymous Previews Rift: Planes of Telara Scott Hartsman Video
Posted April 26th, 2010 by Ethec

For the moment, the designers kept mum on a faction system or class specs tied to rift types or even what or who is causing the other planes to invade. But as for whether the rift concept is considered level-up content, an extension of the quest system, or a way to garner good loot, the answer seemed to be all of the above. We had every indication that we still have a lot to learn about rifts, and the rift concept is such a pervasive and integral part of the game that, as Scott Hartsman pointed out, it's now quite literally the name of the game.

One thing that rifts are not is a replacement for instanced dungeons. Adam took me into one unique instance, Four Seasons, that awaits players in their teens. Realm of the Fae is an airy outdoor deungone that progresses from tier to seasonal tier - Spring to Summer to Fall to finally Winter, where Fae Lord Twyll, an evil emissary from the Plane of Life, awaited us. The designers pointed out that each dungeon would have common sense exit points; that backtracking through an empty dungeon wouldn't be part of instance design in *Rift: Planes of Telara*.

Character creation in Rift is both streamlined or nuanced as you wish, with no stat point assignment decisions to muddy the primordial waters. Players first select whether they'll side with the idealistic Guardians or the thoroughly practical Defiants, then choose their race, customize their character's appearance and facial attributes using the en-vogue triangular slider that adds another dimension to slider bars. For the demo, we were shown the High Elves, a lanky Defiant-aligned race that certainly didn't come from Felwithe.




*Two Defiant classes at level 20 - A Bladedancer (left) and a female and male Reaver (right).*

Finally you'll choose your class, which was yet another subject that Trion is playing close to the vest on at the moment. If you're bored of WoW's narrow take on the class numbers and variety, Rift might be for you. The class list for the Defiants boasted nearly a dozen classes. We did sneak a peek at two classes, however - the tankish, sword-and-shield wielding Reaver and the roguish (but stealth spurning) dual-wielding Bladedancer. Both were Defiant classes, and at level 20 had less than a full bar of spells and abilities, which led me to wonder if spell and ability design was WoW-ishly deep than EQ2-ishly wide. Adam assured me that Rift wouldn't be a 3 button mashing MMO, however, but this question will probably have to wait until we can get our grubby hands on a beta build.



WORLD BY WORLD


Listen Live!
SATURDAYS
AT 7PM EST
Chat in IRC
Show Archive

### Rift: Planes of Telara Details

**Developer:** Trion World Network, Inc.  
**Genre:** Fantasy
**Status:** In Development
**Release Date:** TBA
**Fee:** TBA
**ESRB Rating:** RP

Official Website

More at Ten Ton Hammer
About Rift: Planes of Telara
Features
News

### Latest Rift: Planes of Telara  Features

**Loading... Public Quests, Public Enemy?**
Loading...: (Thu, May 06, 2010 by Ethec)
#1,328 - Are public quests and shared content "anti-social"?

**A Rift: Planes of Telara Intro Q&A with Trion's Scott Hartsman**
Interviews: (Wed, May 05, 2010 by Ethec)
Info on minspec, PvP, faction capitals, a "steampunk twist," and much more in this exclusive Rift Q&A.

**Rift: Planes of Telara Dev Diary Video #1: Telara - Nexus of the Planes**
Dev Diaries, Video: (Tue, Apr 27, 2010 by Ethec)
Trion invites you to take your fantasy MMORPG to a whole new plane.

**Loading... Trion's Trifecta**
Loading...: (Mon, Apr 26, 2010 by Ethec)
#1,320 - Trion goes all-in for the core MMO gamer.

**A First Look at Rift: Planes of Telara**
Previews, Video: (Mon, Apr 26, 2010 by Ethec)

More »



*This screenshot of the Arcane Library shows the attention to graphical detail in Rift: Planes of Telara.*

### Latest Rift: Planes of Telara News

**Scott Hartsman Answers Questions for Rift: Planes of Telara Community**
Interviews: (Thu, May 13, 2010 by Martuk)
Scott Hartsman talks servers, lore, and more.

**Heroes of Telara Shares on Unique Class System**
Interviews: (Thu, Jul 23, 2009 by Savanja)
With innovative game features, this is not your grandpappy's MMO!

**New Fantasy MMO Heroes of Telara Officially Unveiled**
Press Release: (Mon, Jun 01, 2009 by Cody Bye)
A new world to explore, coming from the folks at Trion World Network

**Trion Names First MMORPG, Details at E3 '09**
News: (Wed, May 06, 2009 by Ethec)
Fantasy themed "Heroes of Telara" to be unveiled in less than a month.

Graphically, mobs, characters, and the setting we saw was designed with obvious care, and an excellent example of the "stylized realism" we hear so much about - sort of an idealized photorealism rendered in "bright palette" colors. Hartsman described Rift as one of the first true high-definition MMORPGs, and while "HD" is largely open to interpretation, the character models and zone environments looked impressively crisp. So crisp and clean that Rift would be an ideal candidate for 3D, should Trion wish to open up that option. Animations are another place where Rift shines. Movement and combat is incredibly fluid, and with a reported 10,000 animations in the game, every type of mob dies in several different ways. It's one of those small things that tends to make a big impression as you play. Other essential MMO features - PvP, crafting, a player-to-player economy, were hinted at as well, but not discussed in detail.

Detractors might say that the fantasy MMORPG niche is thoroughly saturated. But for a number of "core" MMO gamers that spurn WoW and who quickly grew disenchanted with games like *Vanguard* and *Aion*, there's cause for excitement here. Between a known cadre of developers that has definitely paid their dues, a diverse cast of classes and races, a visually arresting world, crisp graphics, and, best of all, a well-polished first reveal (or re-reveal, if you prefer), *Rift: Planes of Telara* definitely has the potential to become the kind of fantasy MMORPG we'd hoped so many half-baked MMORPGs in recent years would eventually resolve into.

More coverage from Ten Ton Hammer coming soon, but in the meantime, learn more at http://www.riftgame.com

« first   ‹ previous   [1]   2

Share     0     Tweet



WORLD BY WORLD

### Comments

Post your comments »

Posted Monday, April 26, 2010 by OneEyeRed    View in Forums »

Finally some new information. I was about to give up on this one. Not so sure I like the new name however, the game looks like its coming along decently.

Posted Monday, April 26, 2010 by OneEyeRed    View in Forums »

Hey boss, the RSS link is not working to this article by the way 😀

Posted Monday, April 26, 2010 by Ethec    View in Forums »

Should be fixed now, thanks man.

Add your thoughts to the discussion! »

© Copyright 2000 - 2010 Master Games International. All other trademarks are the property of their respective owners.

Contact Us | About Us | Privacy Policy | Legal





Weekly Issue Columns Stolen Pixels Alt+Escape Music Library Subscribe!



Welcome, Stranger!

Login with Facebook

Not Registered? Sign up for a free account to enter contests, post comments, and simply be a more awesome person.



Preview: *Rift: Planes of Telara* Makes MMOGs Dynamic (and Gorgeous)
by John Funk, 26 Apr 2010 21:41
Filed under: john funk, mmorpg, preview event, review, rift, rift planes of telara, trion
Comments [20]                                                      1 2 Next

Making a fantasy MMOG is a bit of an uphill battle these days. No matter what you do, if you're making a Western-style MMOG it'll be invariably compared to reigning champion *World of Warcraft*. If it's an Eastern-style MMOG, it'll be compared to *Lineage II* and/or *Aion*.

Still, said Design Director Simon Ffinch at Trion's preview event for *Rift: Planes of Telara* - formerly known as the infinitely more generic *Heroes of Telara* - familiarity isn't a bad thing. If a player logs into the game for a first time to find two potential factions (one noble and one more vicious) and the four archetypal class types of wizard/fighter/rogue/healer, it means that they're going to understand the game right off the bat.

You draw them in with familiarity, said Ffinch, and then you make it interesting.

There is quite a lot that feels familiar out of the gate in *Rift*. The world of Telara feels very typically "fantastic," and new players will find that it controls and plays just like the MMOGs they might be used to - exclamation marks indicating questgivers and all. The catch, of course, is that Telara is a nexus of sorts: No less than six different planes of existence converge on Telara, and the intersection of these planes with the "real world" drives the story.

Of course, the idea of other planes entering a hub world is nothing new in an MMOG, but what is interesting - what Simon Ffinch and the rest are using as their hook - is exactly how the planes and Telara interact. Rifts to the various planes will "dynamically" spawn around the world, and when triggered will unleash changes on the environment around them.

Of the six existing planes at the moment, we were told of only two, the planes of Death and Life (and how much do you want to bet that the other four are Fire/Water/Air/Earth, hmm?), and of those two we only saw the Plane of Life in action. When the rift was triggered to the Plane of Life, it spawned a massive floral monster that rapidly turned the entire surrounding area into something lush and teeming with life: plants sprouted from the ground, and everything became quite a bit more overgrown than it had before.

When a rift is activated, we saw, it started an event similar to the Public Quests in *Warhammer Online* - anyone could contribute to sealing the rifts back up again, and if you contribute you will get loot when all is said and done. The problem with *WAR*'s Public Quests was that they were fixed and unchanging - the dynamic nature of *Rift*'s rift emergence should keep things fresh, said Ffinch.

continued on page 2

Comments [20]                                                      1 2 Next
                  1 retweet    Share/Email                            permalink

Related News                           More From John Funk

Preview: End of Nations Makes RTS Games Massive    Remedy Recommends You Get *Heavy Rain*

A View From The Road: Smile, You're Raiding On TV   John Romero Apologizes for Trying to Make You His Bitch

View From The Road: Seen It All Before

Review: Skate 3                        Mr. Spock and Luke Skywalker Join *Kingdom Hearts* Cast

*Star Wars: TOR* Unveils "Advanced Class System"   View From The Road: Ubisoft Needs To Use a Carrot

                                       What If *StarCraft* Had Come Out In 1984?

Search The Escapist

...AND A LOT MORE

Latest Posts  Hot Threads

Poll: How often do you shave?-Torchedini-, 18 May 2010 19.37[78 replies]

This Is My Entire 360 Game Library; What Am I Missing?ForgottenPr0dig, 18 May 2010 19.37[56 replies]

A joke racist agains white people :)JohanGasMask, 18 May 2010 19.37[16 replies]

Facebook and Zynga Kiss and Make UpJennacide, 18 May 2010 19.37[29 replies]

What will happen when we run out of Topics?tjarne, 18 May 2010 19.37[38 replies]

Am I a Psychic?dragonslayer32, 18 May 2010 19.37 [117 replies]

why does everyone hate noobs?Crazycat690, 18 May 2010 19.37[79 replies]

The Escapist, Issue 254: Everyday Gamer



This Week on Zero Punctuation: Nier



I Hit It With My Axe: Episode Nine: Making Choices About Which Goblin To Hit



This Week on Game Dogs: Season 2 Announcement



Current Job for Doraleous and Associates: Episode 17: Arzon Prison