UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PALLADIUM BOOKS, INC.,
a Michigan corporation,

        Plaintiff,

v.                                            Case Number:10-11859
                                                Honorable Julian Abele Cook, Jr.

TRION WORLDS INC.,
a Delaware corporation, and
TRION WORLD NETWORK, INC.,

        Defendants.
_____/

ORDER

On May 28, 2010, the Plaintiff, Palladium Books, Inc. ("Palladium"), filed an *ex parte* request pursuant to E.D. Mich LR 7.1(d)(3)(A)[1] which, if granted, would allow it to exceed the twenty page limit for the brief in support of its motion for a temporary restraining order and/or a preliminary injunction.

In its *ex parte* application, Palladium asserts that an additional four pages are needed in order to adequately present its arguments and to provide the Court with a detailed statement of the factual record in this case. Because the requested page extension appears to be warranted, the Court grants Palladium's motion and accepts the twenty-four page brief attached to its motion for filing.

---

[1] This Rule, which formerly appeared in Rule 7.1(c)(3)(A), states that "[t]he text of a brief supporting a motion or response, including footnotes and signatures, may not exceed 20 pages. A person seeking to file a longer brief may apply ex parte in writing setting forth the reasons."

IT IS SO ORDERED.

Dated:     June 1, 2010              s/Julian Abele Cook, Jr.
       Detroit, Michigan              JULIAN ABELE COOK, JR.
                                         United States District Court Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on June 1, 2010.

                                                   s/ Kay Doaks
                                                 Case Manager