UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**PALLADIUM BOOKS, INC.,**
a Michigan corporation,

        Plaintiff,

v.

**TRION WORLDS, INC.,**
a Delaware corporation, and
**TRION WORLD NETWORK, INC.,**
a Delaware corporation,

        Defendants.

Case No. 10-11859

District Judge Hon. Julian Abele Cook

Magistrate Judge Hon. Paul J. Komives

---

| | |
|---|---|
| Peter M. Falkenstein (P61375)<br>Lawrence R. Jordan (P27169)<br>Joan H. Lowenstein (P39422)<br>Emilija Avsharian (P72001)<br>Jaffe Raitt Heuer & Weiss, PC<br>201 S. Main St., Suite 300<br>Ann Arbor, Michigan 48104<br>(734) 222-4776<br>pfalkenstein@jaffelaw.com<br>*Attorneys for Plaintiff* | Nicholas B. Gorga (P72297)<br>Honigman Miller Schwartz & Cohn, LLP<br>2290 First National Bldg.<br>660 Woodward Ave.<br>Detroit, MI 48226<br>(313) 465-7000<br>ngorga@honigman.com<br>*Attorneys for Defendants* |

---

## APPEARANCE OF COUNSEL

Please enter the appearance of Emilija Avsharian of Jaffe, Raitt, Heuer & Weiss, P.C., on behalf of Plaintiff Palladium Books, Inc. in the above-captioned action.

Date:  June 4, 2010      By:    /s/ Emilija Avsharian
                                         Peter M. Falkenstein (P61375)
                                         Lawrence R. Jordan (P27169)
                                         Joan H. Lowenstein (P39422)
                                         Emilija Avsharian (P72001)
                                         Jaffe Raitt Heuer & Weiss, PC
                                         201 S. Main St., Suite 300
                                         Ann Arbor, Michigan 48104
                                         (734) 222-4776
                                         eavsharian@jaffelaw.com
                                         *Attorneys for Plaintiff*