## INDEX OF EXHIBITS

| | |
|---|---|
| **EXHIBIT 1** | Photograph taken 5/28/2010 of video games and MMOs on display at Target |
| **EXHIBIT 2** | Trion advertisement for a Vice President of Sales |
| **EXHIBIT 3** | RIFT Advertisement and contest page |
| **EXHIBIT 4** | Receipts for purchases of magazine |
| **EXHIBIT 5** | Printout of FAQ from Trion's website |
| **EXHIBIT 6** | Snapshots from www.riftgame.com website, dated June 2, 2010 |
| **EXHIBIT 7** | Composite exhibit of Palladium consent agreements and cease and desist letters |
| **EXHIBIT 8** | Royalty statements from Nokia |
| **EXHIBIT 9** | Disney Option Renewal |
| **EXHIBIT 10** | June 2009 correspondence between Palladium's agent and Bruckheimer Films |
| **EXHIBIT 11** | Letter of June 6, 2008 between Palladium's agent and Lone Star Virtual Systems, Inc. |
| **EXHIBIT 12** | E-mails from April 2010 regarding development of a RIFTS MMORPG |
| **EXHIBIT 13** | Excerpt from internet article dated 4/26/2010 |
| **EXHIBIT 14** | Excerpt of article from July/August 2010 issue of Beckett Massive Online Gamer Magazine |