# EXHIBIT 8

## Palladium Books

| Q4 / 2007 Lifetime | | Sales Volume | Gross Sales | Nokia Net Receipts KUSD | Royalty % | Royalty Base KUSD | Recoupable Advance KUSD | Cumulative Royalties USD | Payable Royalties USD | Paid Royalties Q3/2005 USD | Paid Royalties Q4/2005 USD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Overall Result | | 2,213 | 47 | 47 | | | | 0 | 0 | 0 | 0 |
| 0000006R49 | 6R49 Rifts | 2,213 | 47 | 47 | 12.0% | 6 | 150 | 0 | 0 | 0 | 0 |

**Invoice Information**
Billing address:
Nokia Corporation
B.O.Box 307
00045 Nokia Group
FINLAND

Customer 970228
Plant FI03

**Product Information**

| Game Title | Royalty code | GL account # | Amount | GL account # | Withholding tax | 5% |
|---|---|---|---|---|---|---|
| 6R49 Rifts | S006R49 | 452006 | 0 | 274550 | 0 | |

**Palladium Books**

| Q3 / 2006 Lifetime | Sales Volume | Gross Sales | Nokia Net Receipts KUSD | Royalty % | Royalty Base KUSD | Recoupable Advance KUSD | Cumulative Royalties USD | Payable Royalties USD | Paid Royalties Q3/2005 USD | Paid Royalties Q4/2005 USD |
|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Result** | 2,243 | 50 | 134 | | | | | 0 | 0 | 0 |
| 0000006R49  6R49 Rifts | 2,243 | 50 | 134 | 12.0% | 16 | 150 | 0 | 0 | 0 | 0 |

**Invoice Information**
Billing address:
Nokia Corporation
B.O.Box 307
00045 Nokia Group
FINLAND

Customer  970228
Plant     FI03

**Product Information**

| Game Title | Royalty code | GL account # | Amount | GL account # | Withholding tax | 5% |
|---|---|---|---|---|---|---|
| 6R49 Rifts | S006R49 | 452006 | 0 | 274550 | | 0 |

Palladium Books

| Q4 / 2005 Lifetime | | Sales Volume | Gross Sales | Nokia Net Receipts KUSD | Royalty % | Royalty Base KUSD | Recoupable Advance KUSD | Cumulative Royalties USD | Payable Royalties USD | Paid Royalties Q3/2005 USD |
|---|---|---|---|---|---|---|---|---|---|---|
| Overall Result | | 1,960 | 47 | 46 | | | | 0 | 0 | 0 |
| 0000006R49 | 6R49 Rifts | 1,960 | 47 | 46 | 12.0% | 6 | 150 | 0 | 0 | 0 |

Invoice Information
Billing address:
Nokia Corporation
B.O.Box 307
00045 Nokia Group
FINLAND

Customer    970228
Plant       FI03

Product Information

| Game Title | Royalty code | | | GL account # | Amount | GL account # | Withholding tax | 5% |
|---|---|---|---|---|---|---|---|---|
| 6R49 Rifts | S006R49 | | | 452006 | 0 | 274550 | | 0 |