# EXHIBIT 10

# SURGE
LICENSING, INC

June 11, 2009

Mr. Chad Oman
Jerry Bruckheimer Films
1631 10th Street
Santa Monica, CA 90404



Re: Rifts Source Material

Dear Chad:

I thought it might be helpful to send you an almost complete set of Rifts source material for your consideration in light of our discussions concerning JB Games. I apologize for the weight and volume but as you can see there is a wealth of material here. I've tried to organize this into the following categories:

1. The Ultimate Edition (The main guide)
2. The World Book Series (1-30)
3. Core Books
4. The Chaos Earth (Series)
5. The Mercenaries (Series)
6. The Adventure Source Book (Series)
7. The Art of Rifts
8. Coloring Book
9. Graphic Novel: The Machinations of Doom
10. Catalog of Palladium Books
11. Other Miscellaneous Rifts Titles

Please let me know if you need anything else or preferably if anyone at JB Games would like to discuss ideation with Kevin directly.

Regards,

Mark Freedman
President

Cc: K. Siembieda

399 West John Street, 2nd Floor, Hicksville, NY 11801
tel 516 939 2225 fax 516 942 8613

From: (516) 939-2226
Mark Freedman
SURGE LICENSING, INC
399 West John Street 2nd Floor

Hicksville, NY 11801

Ship Date: 11JUN09
ActWgt: 30.0 LB
CAD: 5633985/INET9011
Account#: S *********

Invoice #
Reference #
PO #
Dept #       Ship ID

SHIP TO: (516) 939-2225
Mr. Chad Oman
Jerry Bruckheimer Films
1631 10TH ST

SANTA MONICA, CA 90404

(9612019) 3901055 10000202

**GND**    019
Prepaid            1 of 1

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: IMPORTANT TRANSMIT YOUR SHIPPING DATA AND PRINT A MANIFEST:
At the end of each shipping day, you should perform the FedEx Ground End of Day Close procedure to transmit your shipping data to FedEx. To do so, click on the Ground End of Day Close Button. If required, print the pickup manifest that appears. A printed manifest is required to be tendered along with your packages if they are being picked up by FedEx Ground. If you are dropping your packages off at a FedEx drop off location, the manifest is not required.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide and applicable tariff, available upon request. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations, including limitations on our liability, can be found in the current FedEx Service Guide and applicable tariff apply. In no event shall FedEx Ground be liable for any special, incidental, or consequential damages, including, without limitation, loss of profit, loss to the intrinsic value of the package, loss of sale, interest income or attorney's fees. Recovery cannot exceed actual documented loss. Items of extraordinary value are subject to separate limitations of liability set forth in the Service Guide and tariff. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**FedEx** Shipment Receipt

**Address Information**

Ship to:
Mr. Chad Oman
Jerry Bruckheimer Films
1631 10TH ST

SANTA MONICA, CA
90404-3705
US
516-939-2225

Ship from:
Mark Freedman
SURGE LICENSING, INC
399 West John Street 2nd Floor

Hicksville, NY
11801
US
516-939-2225

**Shipping Information**
Tracking number: 390105510000202
Ship date: 06/11/2009
Estimated shipping charges: 26.36

**Package Information**
Service type: FedEx Ground
Package type: Your Packaging
Number of packages: 1
Total weight: 30LBS
Declared value: 25.00USD
Special Services:
Pickup/Drop-off: Drop Off

**Billing Information**
Bill transportation to: Sender
Your reference:
P.O. no.:
Invoice no.:
Department no.:

Thank you for shipping online with Fedex ShipManager at fedex.com.

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or speical is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items lised in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.