# EXHIBIT 14



Introducing Rift: Planes of Telara

BY CAROLYN KOH

# INTRODUCING RIFT | PLANES OF TELARA

# PLANAR RIFTS IN A

Telara is a world under attack. A spatial anomaly exists in the world of Telara, where different dimensional planes intersect. The boundary between these planes, called the Veil, has been torn asunder by powerful magical explosions, and rifts are ripping reality across the land. Each planar rift may bring gifts of power and wealth, invading armies, or the foulest evil ever known. Every citizen stands ready to guard against these rifts or to seize the opportunities they bring.



# DYNAMIC WORLD

### A LIVING WORLD

Scott Hartsman is no stranger to the MMO genre. He has worked as a Game Designer on Gemstone II and III at Simutronics, and at Sony Online Entertainment for seven years, first as a producer on *EverQuest* and then as *EverQuest II*'s Senior Producer. Before signing on at Trion World Network as the General Manager of its Redwood City Studio, as well as its Chief Creative Officer, Scott co-founded Ohai Inc. and launched the first MMO on Facebook. If he hadn't seen the potential in Telara and the proprietary game platform, he wouldn't be there.

The game was originally introduced at E3 2009 as *Heroes of Telara*,

> "I've always wanted to work on a seamless world," said Hartsman, "one huge world with no zoning. Added upon that, with the layers of dynamic events we have, it's an exciting, immersive world."

and Trion spoke more about the technology and the proprietary platform that it was built on rather than the game and the story itself, prompting journalists to wonder if we needed yet another high-fantasy MMO, even if it had dynamic content. Scott's passionate description of *Rift: Planes of Telara* made it clear that he had taken the basic skeleton of what it was, extracted the story, fleshed out the game, and is bent on taking it to its full potential.

"I've always wanted to work on a seamless world," said Hartsman, "one huge world with no zoning. Added upon that, with the layers of dynamic events we have, it's an exciting, immersive world."

An NPC merchant doesn't just wander across a zone; he has the