UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**PALLADIUM BOOKS, INC.**,
a Michigan corporation,

Case No. 10-11859

    Plaintiff,

District Judge Hon. Julian Abele Cook

v.

Magistrate Judge Hon. Paul J. Komives

**TRION WORLDS, INC.**,
a Delaware corporation, and
**TRION WORLD NETWORK, INC.**,
a Delaware corporation,

    Defendants.
_____/

**PLAINTIFF'S *EX PARTE* REQUEST FOR
ENLARGEMENT OF PAGE LIMIT**

  Plaintiff Palladium Books, Inc., by and through its undersigned counsel, for its *ex parte* request for an enlargement of the page limit for its reply brief in support of its motion for a preliminary injunction, pursuant to L.R. 7.1(c)(3)(A), states as follows:

  1. In this case sounding in trademark infringement, Plaintiff seeks a preliminary injunction, to prevent imminent irreparable injury from occurring through Defendants' apparent intent to engage in a major promotional campaign for its infringing product, including promotion of the product at key video gaming industry convention scheduled for June 14-17, 2010.

  2. The Court previously granted Plaintiff's request to file a 24-page brief in support. Defendant, in response, filed a 27-page brief, along with a request for an enlargement of page limit, on which the Court has not ruled, but to which Plaintiff does not object.

  3. Defendant's response, however, also included 44 exhibits, and raised issues dealing not only with the eight (8) factors relevant to likelihood of confusion, as well as arguing

the other preliminary injunction factors; but also raised arguments challenging the validity of Plaintiff's trademarks.  There is simply no way to respond in any meaningful way within the five (5) normally allotted for reply briefs.

    4. Given the obviously critical nature of this motion, Plaintiff therefore respectfully requests an enlargement of the page limit for its reply brief in support of its motion to **10 pages**, inclusive of all text and signatures.

Dated:  June 4, 2010

Respectfully submitted,

By: /s/ Peter M. Falkenstein
Peter M. Falkenstein (P61375)
Lawrence R. Jordan (P27169)
Joan H. Lowenstein (P39422)
Emilija Avsharian (P72001)
JAFFE RAITT HEUER & WEISS, P.C.
201 S. Main St., Suite 300
Ann Arbor, Michigan 48104
(734) 222-4776
pfalkenstein@jaffelaw.com

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I CERTIFY that on June 4, 2010, I filed the foregoing **Plaintiff's Ex Parte Request for Enlargement of Page Limits** with the Clerk of the Court, using the ECF system, which will provide electronic notice of the filing to the following counsel for Defendants via e-mail:

Nicholas Gorga
NGorga@honigman.com

Andrew M. Grove
jgrove@honigman.com

Date:  June 4, 2010

/s/ Gina M. Williams
Gina M. Williams

2