UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**PALLADIUM BOOKS, INC.**,
a Michigan corporation,

              Plaintiff,

v.

**TRION WORLDS, INC.**,
a Delaware corporation, and
**TRION WORLD NETWORK, INC.**,
a Delaware corporation,

              Defendants.

Case No. 10-11859

District Judge Hon. Julian Abele Cook

Magistrate Judge Hon. Paul J. Komives

_____/

## ORDER TO STRIKE EXHIBIT AND FOR FILING OF REDACTED EXHIBIT

Upon the notification by Plaintiff that an exhibit has been filed in this matter containing information that is required to be redacted;

IT IS HEREBY ORDERED that Exhibit 9 to the Affidavit of Kevin Siembieda [D/E 21-10] shall be immediately stricken from the docket. Plaintiff shall promptly file a redacted version of said exhibit via the ECF system.

SO ORDERED.

Date: June 7, 2010

              s/Julian Abele Cook, Jr.
              U.S. District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on June 7, 2010.

              s/ Kay Doaks
              Case Manager

1905493.01