# EXHIBIT 9



**(WALT DISNEY) Studios**
Motion Picture Production

April 22, 2010

**VIA FEDERAL EXPRESS**

Mark Freedman
Surge Comic Properties, Inc.
100 Jericho Quadrangle, Suite 233
Jericho, NY  11753

Re:   "RIFTS" / OPTION / ACQUISITION OF RIGHTS / EXTENSION

Dear Mark:

    Enclosed please find two (2) fully executed originals of the letter agreement between Walt Disney Pictures, on the one hand, and Palladium Books and Kevin Siembieda, on the other hand, to extend the option period in connection with the above-referenced project.

Very truly yours,

Vickie Cameron

VC/lkd

Enclosures

cc:   Doug Carter

500 S. Buena Vista Street, Burbank, CA 91521
Tel 818.560.1000

© Disney



As of April 14, 2009

Palladium Books
Kevin Siembieda
c/o Surge Comic Properties, Inc.
100 Jericho Quadrangle, Suite 233
Jericho, NY  11753
Attention:  Mark Friedman

Re:     **"RIFTS"/ Option / Acquisition of Rights**

Gentlemen:

      Reference is made to the agreement (the "Agreement") dated as of July 25, 2002, between WALT DISNEY PICTURES ("WDP"), on the one hand, and PALLADIUM BOOKS and KEVIN SIEMBIEDA (together, "Owner"), on the other hand, for WDP's right to acquire all exclusive motion picture, television, allied, ancillary and subsidiary rights as set forth in the Agreement in and to the various role playing books/games owned by Owner entitled "RIFTS" (and as further defined in Paragraph 2.1 of the Agreement, the "Property") in connection with possible motion picture(s) based thereon.

      In consideration of the sum of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ WDP, on the one hand, and Owner, on the other hand, hereby agree that the Option Period set forth in Paragraph 2.2 of the Agreement (as extended through April 21, 2010) shall be further extended for twelve (12) months through and including April 21, 2011.  One-half ▮▮▮▮▮▮▮▮▮▮▮ f the foregoing extension fee shall be applicable against the purchase price set forth in Paragraph 2.4 of the Agreement.

[remainder of page intentionally left blank]

Except as specifically set forth herein, all provisions of the Agreement shall remain in full force and effect.  Each capitalized term used herein and not specifically defined herein shall have the meaning ascribed thereto in the Agreement.

If the foregoing correctly represents your understanding with respect to the amendment to the Agreement, please so acknowledge and accept as provided below.

**WALT DISNEY PICTURES**

By: _____

DOUGLAS A. CARTER

Its: _____

SR. VICE PRESIDENT
BUSINESS AFFAIRS

**ACCEPTED AND AGREED:**

PALLADIUM BOOKS

By: _____

Its: President _____

_____

KEVIN SIEMBEIDA

_____