UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **PALLADIUM BOOKS, INC.,**<br>a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>**TRION WORLDS, INC.,**<br>a Delaware corporation, and<br>**TRION WORLD NETWORK, INC.,**<br>a Delaware corporation,<br><br>Defendants. | Case No. 10-CV-11859<br>Hon. Julian Abele Cook, Jr.<br>Magistrate Judge Hon. Paul J. Komives |

### APPEARANCE OF JENNIFER L. BARRY
### FOR TRION WORLDS, INC. AND TRION WORLD NETWORK, INC.

TO:   Clerk of the Court
      Counsel of Record

Latham & Watkins LLP, by Jennifer L. Barry (California Bar 228066), hereby enters her appearance as counsel on behalf of Defendants Trion Worlds, Inc. and Trion World Network, Inc. in the above-captioned matter and requests copies of all papers filed in this case.

LATHAM & WATKINS LLP
Jennifer L. Barry (California Bar 228066)
Attorneys for Defendants
600 West Broadway, Suite 1800
San Diego, CA 92101
(619) 238-3024
Jennifer.Barry@lw.com

and

HONIGMAN MILLER SCHWARTZ & COHN LLP
Nicholas B. Gorga (P72297)
Attorneys for Defendants
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 48226
(313) 465-7000
ngorga@honigman.com

Dated: June 8, 2010

## CERTIFICATE OF SERVICE

Nicholas B. Gorga states that on June 8, 2010, I served a copy of an Appearance and Certificate of Service upon the following individual via Federal Express to the address shown below:

> Peter M. Falkenstein
> Jaffe Raitt Heuer & Weiss, PC
> 201 S. Main St., Suite 300
> Ann Arbor, MI  48104

_____
Nicholas B. Gorga

DETROIT.4222626.1